## Barnett, Shawn

**From:** Marx, Jason
**Sent:** Friday, December 08, 2017 11:49 AM
**To:** Barnett, Shawn
**Subject:** FW: Tambrasha Hudson v. City of Chicago et al., 16 C 4452

See below email from Plaintiff's counsel.

Jason Marx
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 900
Chicago, IL 60602
(312) 744-1975

**From:** Carlton Odim [mailto:carlton@actioninjurylawgroup.com]
**Sent:** Friday, December 08, 2017 11:32 AM
**To:** Marx, Jason
**Cc:** Andrew M. Stroth
**Subject:** Re: Tambrasha Hudson v. City of Chicago et al., 16 C 4452

Jason,

Thanks for pointing out the error. This email provides the corrections relating to the claims that plaintiff is not pursuing against Officer Riordan.

The plaintiff will not pursue any claim against Defendant Riordan based on an allegation that he stopped, seized, shot or killed Pierre Loury.

Therefore, as to Defendant Riordan only:

1. Count 1 (1983) is modified to exclude the allegation contained in paragraph 18 of the Second Amended Complaint about "chasing Pierre Loury and shooting him with a firearm without just cause/and or failing to intervene to prevent this shooting."

2. Count 3 (Survival) is withdrawn in total.

3. Counts 4 and 5 (Funeral expenses & wrongful death) are withdrawn in total.

4. Count 6 (State law conspiracy) is modified to exclude the allegation contained in paragraph 54 of the Second Amended Complaint about conspiracy to "stop, seize, shoot and kill Pierre Loury."

5. Count 7 (Battery) is withdrawn in total.

The Section 1983 claim that remains against Riordan is his post-shooting conduct with Hitz in covering-up Hitz's unconstitutional shooting of Loury.

Carlton

1

On Dec 6, 2017, at 12:08 PM, Marx, Jason <Jason.Marx@cityofchicago.org> wrote:

Hi Carlton,

Thank you for your below email. But the Second Amended Complaint is the operative Complaint in this case. If you could please send me a new email to reflect what you are dismissing from the Second Amended Complaint, I'd appreciate it.

Also, I don't know what claim you are making against Defendant Riordan in Count 1. It's titled "Unconstitutional Seizure." But according to your email, you are not alleging he chased and shot Pierre Loury without just cause. Nor are you alleging he failed to intervene to prevent this shooting. So what are you alleging Defendant Riordan did that constituted an unconstitutional seizure? I need to know for purposes of summary judgment.

Thank you,
Jason Marx
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 900
Chicago, IL 60602
(312) 744-1975

---

**From:** Carlton Odim [mailto:carlton@actioninjurylawgroup.com]
**Sent:** Tuesday, December 05, 2017 5:06 PM
**To:** Marx, Jason
**Cc:** Andrew M. Stroth
**Subject:** Re: Tambrasha Hudson v. City of Chicago et al., 16 C 4452

Jason,

This email follows the telephone conference we had yesterday regarding your client's intended motion for summary judgment.

The plaintiff will not pursue any claim against Defendant Riordan based on an allegation that he stopped, seized, shot or killed Pierre Loury. Therefore, as to Defendant Riordan only:

    1.    Count 1 (1983) is modified to exclude the allegation contained in paragraph 18 of the First Amended Complaint about "chasing Pierre Loury and shooting him with a firearm without just cause/and     or failing to intervene to prevent this shooting."

    2.    Count 3 (Survival) is withdrawn in total.

    3.    Count 4 (Funeral expenses/wrongful death) is withdrawn in total.

    4.    Count 5 (State law conspiracy) is modified to exclude the allegation contained in paragraph 48 of the First Amended Complaint about conspiracy to "stop, seize, shoot and kill Pierre Loury."

    5.    Count 6 (Battery) is withdrawn in total.

All claims against Defendant Hitz stand.

Carlton

On Dec 1, 2017, at 10:59 AM, Marx, Jason <Jason.Marx@cityofchicago.org> wrote:

Hi Counsel,

I left a message for you both recently. I'm asking for a brief conversation to talk about summary judgment, as discussed in the attached previously sent letter. If one (or both) of you could call me, I'd appreciate it.

Thank you,
Jason Marx
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 900
Chicago, IL 60602
(312) 744-1975

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof. <Hudson (16 C 4452) 10.24 letter re voluntary dismissal.pdf>

Carlton Odim

Odim Law Offices
225 West Washington Street
Suite 2200
Chicago, Illinois 60606

e-mail: carlton@odimlawoffices.com
Tel: (312) 578-9390
Fax: (312) 924-0201

This communication, along with any documents, files or attachments, is intended only for the use of the intended addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving them. This communication does not form any contractual obligation on behalf of the sender or Odim Law Offices.

Carlton Odim

Odim Law Offices
225 West Washington Street
Suite 2200

Chicago, Illinois 60606

e-mail: carlton@odimlawoffices.com
Tel: (312) 578-9390
Fax: (312) 924-0201

This communication, along with any documents, files or attachments, is intended only for the use of the intended addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving them. This communication does not form any contractual obligation on behalf of the sender or Odim Law Offices.