# EXHIBIT

# A

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF PIERRE LOURY, Deceased, by Tambrasha Hudson, Administrator, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 16 C 04452 |
| VS. ) ) | Judge Amy J. St. Eve |
| CITY OF CHICAGO, Chicago Police Officers SEAN HITZ (Star No. 6272) and JEFF J. RIORDAN (Star No. 7716), ) ) ) ) ) | |
| Defendants. ) | |

The videotaped deposition of SEAN EDWARD HITZ, taken before Cathleen M. Baker, CSR, a notary public within and for the County of Cook and State of Illinois, on March 16, 2017, at the hour of 10:38 o'clock a.m., at 10 South LaSalle Street, Suite 2800, Chicago, Illinois.

Page 2

```
 1      APPEARANCES:

 2      ACTION INJURY LAW GROUP, LLC, by
        MR. ANDREW M. STROTH
 3      191 North Wacker Drive, Suite 2300
        Chicago, Illinois 60606
 4      (312) 771-2444
        astroth@actioninjurylawgroup.com
 5      (arrived at 1:30)

 6      STETLER, DUFFY & ROTERT, LTD., by
        MR. JOSEPH J. DUFFY
 7      MR. COREY B. RUBENSTEIN
        10 South LaSalle Street, Suite 2800
 8      Chicago, Illinois 60603
        (312) 338-0200
 9      jduffy@sdrlegal.com
        cruben@sdrlegal.com
10
             appeared on behalf of plaintiff;
11
        ASSISTANT CORPORATION COUNSEL, by
12      MR. RAOUL MOWATT
        30 North LaSalle Street, Suite 900
13      Chicago, Illinois 60602
        (312) 744-3283
14      raoul.mowatt@cityofchicago.org

15           appeared on behalf of defendant City of
             Chicago;
16
        ASSISTANT CORPORATION COUNSEL, by
17      MS. ARLENE ESTER MARTIN
        MR. JASON MICHAEL MARX
18      MR. SHAWN WILLIAM BARNETT
        30 North LaSalle Street, Suite 900
19      Chicago, Illinois 60602
        (312) 744-1975
20      amartin@cityofchicago.org
        jason.marx@cityofchicago.org
21      shawn.barnett@cityofchicago.org

22      appeared on behalf of defendants Hitz and
        Riordan.
23
        ALSO PRESENT:
24      MR. MICHAEL MOORE, Videographer
```

```
                        I N D E X

    WITNESS:  SEAN EDWARD HITZ              PAGE
    EXAMINATION:

        by Mr. Duffy                          6
        by Mr. Mowatt                       255
        by Mr. Duffy                        258


    HITZ DEPOSITION EXHIBITS
    (attached)

     11     Photo                            205

    201     Photo                             67

    202     Photo                             97

    203     Photo                            111

    204     Photo                            115

    205     Photo                            124

    206     Photo                            132

    207     Photo                            198

    208     Photo                            207

    215     Photo                            214

    216     Photo                            215

    217     Dash cam video (not attached)    218
            City 002994, AT&T 088

                                             227
    217C    Audio of Exhibit 217

    218     Alley video (not attached)       220
            City 002299, AT&T 093

    221     Audio plus VLC Media Player      235
```

|  |  | Page 4 |
|---|---|---|
| 1 | THE VIDEOGRAPHER: Good morning. | 10:40:41 |
| 2 | We are on the record. My name is Michael | 10:40:41 |
| 3 | Moore with Digitaldep and Video. I'm the | 10:40:43 |
| 4 | operator of this audiovisual camera. This | 10:40:46 |
| 5 | deposition is taking place on March 16, | 10:40:50 |
| 6 | 2017, and the time is 2:38 a.m. The | 10:40:53 |
| 7 | location of this deposition is 10 South | 10:40:58 |
| 8 | LaSalle Street, Suite 2800, Chicago, | 10:41:02 |
| 9 | Illinois. | 10:41:05 |
| 10 | This deposition is being held | 10:41:05 |
| 11 | in the matter of the Estate of Pierre Loury, | 10:41:08 |
| 12 | deceased, by Tambrasha Hudson, | 10:41:12 |
| 13 | Administrator, versus the City of Chicago, | 10:41:15 |
| 14 | et al., Case Number 16 C 04452, pending in | 10:41:18 |
| 15 | the United States District Court for the | 10:41:25 |
| 16 | Northern District of Illinois, Eastern | 10:41:27 |
| 17 | Division. | 10:41:29 |
| 18 | The deponent's name is Officer | 10:41:31 |
| 19 | Sean Hitz. This deposition is being taken | 10:41:35 |
| 20 | on behalf of the plaintiff. The party on | 10:41:38 |
| 21 | whose instance this deposition is being | 10:41:41 |
| 22 | recorded on an audiovisual device is the | 10:41:43 |
| 23 | plaintiff. | 10:41:45 |
| 24 | Will the attorneys please | 10:41:46 |

Page 5

1  identify themselves for the video record.           10:41:48
2         MR. DUFFY:  Michael, I think, did            10:41:51
3  you say the time was 10:38?                         10:41:53
4         THE VIDEOGRAPHER:  That is what I            10:41:56
5  said.                                               10:41:57
6         MR. DUFFY:  That's great.  Okay.             10:41:57
7  On behalf of the plaintiff, Joe Duffy and           10:41:59
8  Corey Rubenstein.                                   10:42:03
9         MR. MARX:  Jason Marx on behalf of           10:42:04
10 Defendant Officers Sean Hitz and Jeff               10:42:06
11 Riordan.                                            10:42:09
12        MS. MARTIN:  With Arlene Martin and          10:42:10
13 Shawn Barnett.                                      10:42:12
14        MR. MOWATT:  And Raoul Mowatt on             10:42:13
15 behalf of the City of Chicago.                      10:42:15
16        THE VIDEOGRAPHER:  And will the              10:42:17
17 court reporter please identify herself and          10:42:18
18 swear in the witness, please.                       10:42:20
19        THE REPORTER:  I'm Cathy Baker with          10:42:20
20 Digitaldep and Video.                               10:42:37
21                     (Witness sworn.)                10:42:37
22        THE VIDEOGRAPHER:  Please proceed.           10:42:36
23
24

Page 6

1  SEAN EDWARD HITZ,
2  called as a witness, having been first duly
3  sworn, was examined and testified as
4  follows:
5  EXAMINATION
6  BY MR. DUFFY
7  Q. Would you tell us your full name  10:42:38
8  and spell your last name.  10:42:40
9  A. My full name is Sean Edward Hitz,  10:42:41
10  H-i-t-z.  10:42:44
11  Q. And Officer Hitz, you know that you  10:42:46
12  are appearing here today as part of a  10:42:51
13  deposition of a lawsuit that has been filed  10:42:55
14  against you and the City of Chicago? Are  10:42:57
15  you aware of that?  10:42:59
16  A. Yes.  10:42:59
17  Q. And have you taken any medication  10:43:00
18  or any other type of drugs that would  10:43:04
19  prohibit your understanding of what is  10:43:06
20  happening here today?  10:43:08
21  A. No.  10:43:09
22  Q. Okay. All right. Have you  10:43:09
23  previously testified under oath?  10:43:12
24  A. Yes.  10:43:14

|  |  | Page 65 |
|---|---|---|
| 1 | Q. All right. So what was your | 11:36:19 |
| 2 | assignment within the district on | 11:36:23 |
| 3 | April 11th? | 11:36:24 |
| 4 | A. I was working beat 1135, which is | 11:36:25 |
| 5 | just a routine beat car. | 11:36:29 |
| 6 | Q. And explain to me what beat 1135 | 11:36:32 |
| 7 | means. Is that a geographical area you | 11:36:35 |
| 8 | cover, or what does that mean? | 11:36:39 |
| 9 | A. Correct. The 11 would indicate the | 11:36:40 |
| 10 | 11th District. | 11:36:42 |
| 11 | Q. Right. | 11:36:44 |
| 12 | A. And each district is broken down by | 11:36:44 |
| 13 | sectors of beats specific to geographical | 11:36:46 |
| 14 | areas of the district, and that's how they | 11:36:51 |
| 15 | are assigned. | 11:36:54 |
| 16 | Q. And 35 would be a sector within | 11:36:55 |
| 17 | District 11? | 11:36:57 |
| 18 | A. 1135 would be in the 30 sector of | 11:36:58 |
| 19 | the 11th District. | 11:37:01 |
| 20 | Q. The 30 sector. And could you just | 11:37:02 |
| 21 | roughly tell me the geographical boundaries | 11:37:04 |
| 22 | of that? | 11:37:07 |
| 23 | A. To the best of my recollection, | 11:37:08 |
| 24 | Western to, I want to say, Kedzie, from | 11:37:11 |

Page 80

| | | |
|---|---|---|
| 1 | Q. Right. So you were heading | 11:56:14 |
| 2 | westbound on Roosevelt? | 11:56:16 |
| 3 | A. Correct. | 11:56:17 |
| 4 | Q. And you and your officer pulled | 11:56:19 |
| 5 | over a black vehicle, is that right? | 11:56:22 |
| 6 | A. Yes. | 11:56:24 |
| 7 | Q. And you were a passenger in the | 11:56:25 |
| 8 | squad car, correct? | 11:56:29 |
| 9 | A. Yes. | 11:56:30 |
| 10 | Q. Okay. And at the time of the stop, | 11:56:30 |
| 11 | was the squad car video working? | 11:56:32 |
| 12 | A. Yes. | 11:56:35 |
| 13 | Q. Okay. And do you know how the | 11:56:36 |
| 14 | squad car video was activated? What events | 11:56:39 |
| 15 | or what triggers the activation of the video | 11:56:43 |
| 16 | in the squad? | 11:56:47 |
| 17 | MR. MOWATT: I am going to object | 11:56:47 |
| 18 | to foundation. Go ahead. | 11:56:48 |
| 19 | THE WITNESS: I believe the | 11:56:52 |
| 20 | camera's always recording. And it actually | 11:56:53 |
| 21 | saves an event when you turn on the | 11:56:58 |
| 22 | emergency equipment or activate it by the | 11:57:00 |
| 23 | body mic by hitting a button on the body | 11:57:04 |
| 24 | mic. | 11:57:07 |

```
                                                            Page 81
 1    BY MR. DUFFY:                                          11:57:07
 2        Q.   So if the police lights go on, it's           11:57:08
 3    recording the events?                                  11:57:10
 4        A.   Correct.                                      11:57:12
 5        Q.   And is there a term that you use              11:57:13
 6    when describing the video in the police car?           11:57:17
 7    What do you call it?                                   11:57:20
 8        A.   Myself?                                       11:57:21
 9        Q.   Yes.                                          11:57:22
10        A.   I call it dash cam footage.                   11:57:22
11        Q.   So I will try to use that term                11:57:25
12    throughout.  And so at the time of the stop            11:57:27
13    of the car in which Mr. Loury was a                    11:57:34
14    passenger, the dash cam was operating,                 11:57:36
15    correct?                                               11:57:40
16        A.   Yes.                                          11:57:40
17        Q.   And was your body microphone live             11:57:41
18    at that time?                                          11:57:43
19        A.   At the time of the stop?                      11:57:44
20        Q.   Yes.                                          11:57:45
21        A.   I believe it was activated and                11:57:46
22    turned on at the time of the stop, yes.                11:57:48
23        Q.   Okay.  And how was that activated?            11:57:50
24        A.   That is activated when we turn the            11:57:53
```

```
                                                       Page 82
 1    light switch on -- our emergency equipment,      11:57:55
 2    excuse me.                                       11:57:57
 3         Q.   So that would hold true for Officer    11:57:58
 4    Riordan, as well?                                11:58:01
 5         A.   Correct.  Both mics are synced to      11:58:01
 6    the same computer so they both turn on           11:58:03
 7    together.                                        11:58:07
 8         Q.   Describe for me, will you, the car     11:58:08
 9    that you and Officer Riordan stopped.            11:58:11
10         A.   The car was a black, I believe to      11:58:13
11    be, Ford Taurus with a yellow Illinois           11:58:19
12    temporary license in the back that had been     11:58:23
13    cut apart so you couldn't read any of the        11:58:28
14    numbers, and the windows on the vehicle were     11:58:30
15    all tinted so we could not see inside.           11:58:33
16         Q.   So you were not able to determine      11:58:35
17    how many passengers were in the car?             11:58:39
18         A.   Correct.                               11:58:41
19         Q.   All right.  So the vehicle stops,      11:58:42
20    is that correct?                                 11:58:45
21         A.   Correct.                               11:58:46
22         Q.   You and Officer Riordan pull up        11:58:47
23    behind the vehicle?                              11:58:49
24         A.   Yes.                                   11:58:49
```

Case: 1:16-cv-04452 Document #: 99-1 Filed: 12/15/17 Page 12 of 18 PageID #:557

```
                                                    Page 83
 1       Q.   Did you pull up directly behind, or    11:58:50
 2   were you on an angle, do you recall?            11:58:52
 3       A.   I don't recall.  I don't recall if     11:58:54
 4   we were on an angle or straight.                11:58:56
 5       Q.   Okay.  What happened after you and     11:58:58
 6   Officer Riordan stopped the vehicle?            11:59:01
 7       A.   A lot.                                 11:59:07
 8       Q.   I'm sorry.  That's a good answer.      11:59:09
 9   From the moment that you stopped the            11:59:12
10   vehicle, did anyone in the black Ford Taurus    11:59:14
11   leave the vehicle, leave the Ford?              11:59:18
12       A.   First would be the passenger door      11:59:20
13   opening; and then the passenger of the          11:59:22
14   vehicle, front passenger, exited the vehicle    11:59:25
15   northbound.                                     11:59:30
16       Q.   All right. And do you recall if        11:59:32
17   this Ford Taurus had two doors or four          11:59:36
18   doors?                                          11:59:39
19       A.   I don't recall.  I don't recall.       11:59:39
20       Q.   And when this passenger got out of     11:59:41
21   the car, what did the passenger do?             11:59:49
22       A.   The passenger ran northbound           11:59:50
23   through a vacant lot.  I lost sight of him      11:59:54
24   around the corner.  And when I entered the      11:59:58
```

digitaldep&video
165 N. Canal St., Chicago, IL 60606 (312)454-6141

Page 84

| | | |
|---|---|---|
| 1 | lot following him, I observed him running | 12:00:00 |
| 2 | with his hands in front of him. | 12:00:04 |
| 3 |     Q.   All right.  Let's go back to the | 12:00:07 |
| 4 | car.  So you see him exit the vehicle, | 12:00:09 |
| 5 | correct? | 12:00:13 |
| 6 |     A.   Correct. | 12:00:13 |
| 7 |     Q.   And how far away are you from that | 12:00:13 |
| 8 | vehicle? | 12:00:16 |
| 9 |     A.   I would say about one car length. | 12:00:17 |
| 10 | Using our police cruiser as the measurement, | 12:00:21 |
| 11 | I would say about one of those away from the | 12:00:26 |
| 12 | car. | 12:00:29 |
| 13 |     Q.   All right.  And could you describe | 12:00:29 |
| 14 | what you observed about this passenger who | 12:00:32 |
| 15 | exited the black vehicle? | 12:00:35 |
| 16 |     A.   I observed that he was dressed in | 12:00:37 |
| 17 | all black and was holding his front when he | 12:00:40 |
| 18 | was running. | 12:00:46 |
| 19 |     Q.   Okay.  And could you tell me what | 12:00:48 |
| 20 | was he wearing on the upper part of his body | 12:00:52 |
| 21 | when you say it was all black? | 12:00:56 |
| 22 |     A.   I believe a black hoodie, hooded | 12:00:58 |
| 23 | sweatshirt. | 12:01:01 |
| 24 |     Q.   And was the hood portion of it on | 12:01:01 |

```
                                                         Page 102
 1        A.    Correct.                                 12:15:39
 2        Q.    At any time during the chase in the      12:15:39
 3   lot, does he turn to look at you?                   12:15:41
 4        A.    No.                                      12:15:43
 5        Q.    He is just fleeing from you, right,      12:15:43
 6   running away?                                       12:15:46
 7        A.    Yes.                                     12:15:46
 8        Q.    All right.  Now, at some point,          12:15:47
 9   Mr. Loury leaves the vacant lot, correct?           12:15:54
10        A.    Correct.                                 12:15:56
11        Q.    And in what direction does he go?        12:15:57
12        A.    He goes westbound.                       12:15:59
13        Q.    And do you lose sight of him at          12:16:02
14   that point?                                         12:16:03
15        A.    Yes.                                     12:16:04
16        Q.    And when he goes westbound, or to        12:16:04
17   the left in the picture that you are looking        12:16:09
18   at, do you see his arms or hands?                   12:16:11
19        A.    No.                                      12:16:14
20        Q.    So even when he is turned to the         12:16:15
21   left, as he turns to the left, you don't see        12:16:17
22   his arm or hands?                                   12:16:19
23        A.    From my angle, no.                       12:16:20
24        Q.    Could you indicate on the                12:16:21
```

|    |                                                      | Page 108  |
|----|------------------------------------------------------|-----------|
| 1  | so turning that corner, I may have slowed            | 12:21:09  |
| 2  | up.                                                  | 12:21:14  |
| 3  |     Q.   And do you basically run down the | 12:21:14 |
| 4  | middle of the lot?                                   | 12:21:15  |
| 5  |     A.   Majority, yes, on an angle towards | 12:21:17 |
| 6  | that corner.                                         | 12:21:20  |
| 7  |     Q.   You start -- you entered the lot as | 12:21:20 |
| 8  | an angle from the right, and then you run            | 12:21:23  |
| 9  | down the middle of the lot; and as you get           | 12:21:25  |
| 10 | near the end, you kind of angle to the left,         | 12:21:27  |
| 11 | correct?                                             | 12:21:30  |
| 12 |     A.   Correct.  | 12:21:30  |
| 13 |     Q.   And you angle to the left because | 12:21:30 |
| 14 | that was the direction in which Mr. Loury            | 12:21:32  |
| 15 | went?                                                | 12:21:34  |
| 16 |     A.   That I last saw him. | 12:21:34 |
| 17 |     Q.   So do you know how long it took you | 12:21:36 |
| 18 | in time to run through that lot and arrive           | 12:21:39  |
| 19 | at the alley?                                        | 12:21:41  |
| 20 |     A.   Well, I don't think I'm very fast | 12:21:44 |
| 21 | by any standard, so maybe ten seconds.               | 12:21:48  |
| 22 |     Q.   Okay.  Once you arrive in the | 12:21:51 |
| 23 | alley, do you see Mr. Loury?                         | 12:21:55  |
| 24 |     A.   No.       | 12:21:56  |

|    |                                                      | Page 118  |
|----|------------------------------------------------------|-----------|
| 1  | hands in his pockets right in front of him?          | 12:30:58  |
| 2  |    A.   That, along with what we were told, | 12:31:00 |
| 3  | the totality of the circumstances, what              | 12:31:05  |
| 4  | dispatch had read out, and what the                  | 12:31:06  |
| 5  | witnesses on Homan told us they saw.                 | 12:31:08  |
| 6  |    Q.   Right. The dispatch was that there | 12:31:10 |
| 7  | had been a number of instances of shots              | 12:31:13  |
| 8  | fired in the area?                                   | 12:31:16  |
| 9  |    A.   From a black vehicle. | 12:31:17 |
| 10 |    Q.   From a black vehicle, but that's | 12:31:18 |
| 11 | correct?                                             | 12:31:20  |
| 12 |    A.   Correct. | 12:31:20 |
| 13 |    Q.   So you had that in your mind, | 12:31:20 |
| 14 | right?                                               | 12:31:22  |
| 15 |    A.   Right. That's what made us | 12:31:22 |
| 16 | initially drive west on Roosevelt.                   | 12:31:24  |
| 17 |    Q.   Right. Right. And when you were | 12:31:26 |
| 18 | on Homan Avenue, there was some discussion           | 12:31:27  |
| 19 | and some signals from some passengers of the         | 12:31:29  |
| 20 | cars that you and Officer Riordan passed             | 12:31:33  |
| 21 | that would suggest that somebody in the              | 12:31:35  |
| 22 | black car that you were pursuing may have            | 12:31:38  |
| 23 | had a weapon or may have been a shooter, is          | 12:31:40  |
| 24 | that correct?                                        | 12:31:42  |

|   |   | Page 119 |
|---|---|---|
| 1 | A. They had told us that they just | 12:31:42 |
| 2 | watched that black car shoot at someone on | 12:31:44 |
| 3 | another block. | 12:31:46 |
| 4 | Q. Okay. So you are chasing someone | 12:31:47 |
| 5 | that you think may be armed and may be | 12:31:50 |
| 6 | involved in a shooting, is that right? | 12:31:52 |
| 7 | A. That's correct. | 12:31:53 |
| 8 | Q. And yet you run blindly into the | 12:31:56 |
| 9 | carport without knowing whether he has a | 12:32:00 |
| 10 | weapon in his hand or not, correct? | 12:32:03 |
| 11 | MR. MARX: Objection to the extent | 12:32:05 |
| 12 | it mischaracterizes his testimony. You | 12:32:06 |
| 13 | could answer. | 12:32:08 |
| 14 | BY MR. DUFFY: | 12:32:09 |
| 15 | Q. You run from the carport, right? | 12:32:09 |
| 16 | A. Correct. | 12:32:11 |
| 17 | Q. You don't stop and kind of look | 12:32:11 |
| 18 | around the corner to see what's going on, do | 12:32:13 |
| 19 | you? | 12:32:14 |
| 20 | A. I don't believe I did that, no. | 12:32:14 |
| 21 | Q. Okay. Now, you have been trained, | 12:32:17 |
| 22 | have you not, as a police officer of how to | 12:32:21 |
| 23 | deal with those situations? | 12:32:23 |
| 24 | MR. MOWATT: Objection to form. Go | 12:32:25 |

```
                                                              Page 179
1    his back.                                                14:18:26
2        Q.   All you see is his back.  And then              14:18:27
3    he rotates to the left his entire body?                  14:18:29
4        A.   Not like that, no.                              14:18:32
5        Q.   I will have you -- why don't you                14:18:32
6    stand up for a moment and just demonstrate               14:18:34
7    so we are clear on the record?                           14:18:36
8        A.   If he was laying like this, if this             14:18:37
9    was the ground and he was laying like this,              14:18:40
10   he dove onto it and then rolled like this.               14:18:42
11       Q.   All right.  And when he rolled over             14:18:46
12   like that, what did you see in his hands?                14:18:48
13       A.   The gun.                                        14:18:51
14       Q.   Okay.  And what hand was it in?                 14:18:51
15       A.   I don't recall if it was in both                14:18:55
16   hands or a singular gun, or singular hand.               14:18:57
17   I just saw the gun pointed at me.                        14:18:59
18       Q.   All right.  And then what did you               14:19:01
19   do at that point?                                        14:19:03
20       A.   At that point, I fired twice.                   14:19:04
21       Q.   When he rolled to the left and                  14:19:08
22   presented the gun, where was his upper body?             14:19:16
23   Was he still on the ground but rolled over,              14:19:21
24   or did he pull himself up?                               14:19:23
```