# TAB 4

Deposition of Jeffrey Riordan - April 28, 2018

ESTATE OF PIERRE LOURY, )

Deceased, by TAMBRASHA )

HUDSON, Administrator, )

       Plaintiff, )

       VS. )     Case No. 16 C 4452

CITY OF CHICAGO, et al.,)

     Defendants. )


TRANSCRIPT OF AUDIO-RECORDED INTERVIEW

of OFFICER JEFFREY RIORDAN taken April 28, 2017.

Deposition of Jeffrey Riordan - April 28, 2018

Page 2

1      INVESTIGATOR LUKAS:  This is Investigator

2  Jim Lukas.  That's, L-u-k-a-s.  My badge number

3  is 117.  This is the digitally recorded statement

4  of Officer Jeffrey Riordan, star 7712 of the 11th

5  District and it's regarding log number 1080064, U

6  number 16-05.

7           We're at the IPRA office at 1615 West

8  Chicago Avenue.  It's approximately 15:18 hours

9  on 28, April 2016.  And in the room -- we're in a

10 conference room here.  And in the room with

11 myself and Officer Riordan is Chief Investigator

12 Mark Grba.

13          Mr. Grba, could you state your name

14 and spell it, please.

15    CHIEF INVESTIGATOR GRBA:  Yeah, I'm Mark.

16 Last name, G-r-b-a, and my star four.

17    INVESTIGATOR LUKAS:  Okay.  And, let's see,

18 Officer Riordan, what's your -- can you state

19 your name and spell it, please.

20    OFFICER RIORDAN:  My name is Jeffrey

21 Riordan.  The last name is, R-i-o-r-d-a-n, star

22 number 7712.

23    INVESTIGATOR LUKAS:  Okay.  Thank you.  And

24 representing Officer Riordan is Colleen Daly.

Deposition of Jeffrey Riordan - April 28, 2018

Page 5

```
 1        OFFICER RIORDAN:  I am not making this

 2   statement voluntarily, but under duress.  And I'm

 3   only making this statement at this time because I

 4   know that I will lose my job if I refuse.

 5        INVESTIGATOR LUKAS:  Okay.  And are you

 6   aware that no allegations have been made against

 7   you in this U number investigation?

 8        OFFICER RIORDAN:  Yes.

 9        INVESTIGATOR LUKAS:  Okay.  Are you aware

10   that this statement has the standing of an

11   official police department report and that any

12   intentional falsification of any answer to any

13   question would be in direct violation of police

14   department rules and regulations?

15        OFFICER RIORDAN:  Yes.

16        INVESTIGATOR LUKAS:  Given that I would like

17   to remind you that failure to provide a complete

18   and accurate statement could result in a finding

19   of a violation of Rule 14 and disciplinary action

20   up to and including separation.  Do you

21   understand that?

22        OFFICER RIORDAN:  Yes.

23        INVESTIGATOR LUKAS:  Okay.  Okay.  What was

24   your duty status on 11, April 2016 at
```

Deposition of Jeffrey Riordan - April 28, 2018

Page 6

1    approximately say 19:43 hours?

2        OFFICER RIORDAN:  I was working in the 11th

3    District working beat 1135.

4        INVESTIGATOR LUKAS:  Okay.  And did you have

5    a partner?

6        OFFICER RIORDAN:  I did.

7        INVESTIGATOR LUKAS:  And who is that?

8        OFFICER RIORDAN:  That is Officer Hitz.

9    That's, H-i-t-z.

10       INVESTIGATOR LUKAS:  Okay.  Do you know his

11   star offhand?  If not it's okay.

12       OFFICER RIORDAN:  I'm not 100 percent sure.

13       INVESTIGATOR LUKAS:  That's fine.  Okay.

14   And were you in uniform or in --

15       OFFICER RIORDAN:  Yes.

16       INVESTIGATOR LUKAS:  -- plain clothes?

17       OFFICER RIORDAN:  Full uniform.

18       INVESTIGATOR LUKAS:  Okay.  And did you have

19   any other partner other than Officer Hitz?

20       OFFICER RIORDAN:  No.

21       INVESTIGATOR LUKAS:  Okay.  And what kind of

22   a vehicle were you and Officer Hitz assigned?

23       OFFICER RIORDAN:  It was a marked patrol

24   unit.  I believe it was a Ford Explorer.

Deposition of Jeffrey Riordan - April 28, 2018

Page 8

```
1        OFFICER RIORDAN:  Most likely 23:00 hours.

2        INVESTIGATOR LUKAS:  Okay.  All right.  And

3   on 11, April 2016 at approximately 19:43 hours

4   was your unit westbound on Roosevelt Road

5   approaching Homan?

6        OFFICER RIORDAN:  Correct.

7        INVESTIGATOR LUKAS:  Okay.  All right.  And

8   what happened after you were westbound

9   approaching Homan?

10       OFFICER RIORDAN:  We overheard radio

11  communications regarding a call of shots fired in

12  the 10th District.  One of the locations that was

13  given was 16th and St. Louis which we recognized

14  to be one block west and four blocks south of our

15  approximate location.

16       INVESTIGATOR LUKAS:  Okay.  All right.  And

17  then what did you do in response to hearing this

18  information -- was this -- By the way, did you

19  hear that information over the police radio?

20       OFFICER RIORDAN:  Correct.

21       INVESTIGATOR LUKAS:  Okay.  And did you hear

22  any description given of an offender or of a

23  vehicle or anything like that?

24       OFFICER RIORDAN:  So there was a description
```

Deposition of Jeffrey Riordan - April 28, 2018

Page 9

1    of a black Toyota.  I was aware of that

2    description.

3          INVESTIGATOR LUKAS:  Okay.  Do you know if

4    that black Toyota was associated with the -- the

5    16th Street shooting?

6          OFFICER RIORDAN:  I do not know that.

7          INVESTIGATOR LUKAS:  Okay.  But you heard a

8    description of a black Toyota regarding what kind

9    of an incident?

10         OFFICER RIORDAN:  Regarding a shooting.

11         INVESTIGATOR LUKAS:  Okay.

12         OFFICER RIORDAN:  Not necessarily the same.

13         INVESTIGATOR LUKAS:  Okay.  Did you also

14   hear any traffic regarding -- radio traffic

15   regarding another shooting over farther south?

16         OFFICER RIORDAN:  I do recall hearing

17   another location for a shooting that I recognized

18   to be further away, much further away.

19         INVESTIGATOR LUKAS:  Okay.  Do you remember

20   where that was?

21         OFFICER RIORDAN:  I -- I do not.

22         INVESTIGATOR LUKAS:  Okay.  Does 28th and

23   Kedvale, does that ring a bell at all as a

24   possible location of --

Deposition of Jeffrey Riordan - April 28, 2018

1      OFFICER RIORDAN:  That could be.  I just

2   recognized it as too far for us to be responding

3   to.

4      INVESTIGATOR LUKAS:  I getcha.  Okay.  All

5   right.  And just so we know right up front, have

6   you viewed the video from your in-car camera

7   regarding the entire incident that you're here to

8   be interviewed about?

9      OFFICER RIORDAN:  Yes.

10      INVESTIGATOR LUKAS:  Okay.  And how many

11   times did you view it roughly?

12      OFFICER RIORDAN:  Once that evening.

13      INVESTIGATOR LUKAS:  Oh, okay.  You haven't

14   seen it again since then?

15      OFFICER RIORDAN:  No.

16      INVESTIGATOR LUKAS:  All right.  Okay.  All

17   right.  So you're westbound on Roosevelt and

18   you're approaching Homan and you've already heard

19   this information about the black Toyota and about

20   one or two shootings?

21      OFFICER RIORDAN:  Correct.

22      INVESTIGATOR LUKAS:  Or two shootings I

23   guess.  Okay.  Now, what happened?

24      OFFICER RIORDAN:  We decide to tour the

Deposition of Jeffrey Riordan - April 28, 2018

1    area.  We make the decision to turn left or

2    southbound onto Homan.  Very shortly after

3    turning within a few seconds we're driving and

4    overhear a conversation.  The only words that I

5    can say for certain that I overhear are car and

6    shooting.  So obviously grabs our attention.  I

7    make a u-turn and pull up next to two vehicles

8    with their windows down.  Both cars --

9        INVESTIGATOR LUKAS:  Excuse me one second.

10   You heard this conversation.  Where was it

11   occurring, where was the conversation occurring?

12       OFFICER RIORDAN:  In the northbound lanes of

13   traffic.

14       INVESTIGATOR LUKAS:  Of Homan?

15       OFFICER RIORDAN:  Of Homan.

16       INVESTIGATOR LUKAS:  Okay.  So somebody --

17   Could you tell if it was a person inside a

18   vehicle or outside a vehicle saying that?

19       OFFICER RIORDAN:  It sounded like it was

20   inside a vehicle, but just overheard those words.

21       INVESTIGATOR LUKAS:  Okay.  Did -- did you

22   hear it in reference to somebody calling out to

23   you, the police, because you were in a marked

24   vehicle or anything like that?

Deposition of Jeffrey Riordan - April 28, 2018

Page 12

1          OFFICER RIORDAN:  I would not say so.  It

2    was loud enough for us to hear, but no one was

3    yelling for us.

4          INVESTIGATOR LUKAS:  Okay.  And you didn't

5    hear the word police you said?

6          OFFICER RIORDAN:  Absolutely not.

7          INVESTIGATOR LUKAS:  Okay.  All right.  So

8    now you've -- you've made your turn, left turn to

9    go southbound on Homan.  You've made another turn

10   and now you're pulling up northbound on Homan.

11   Are you in the -- what lane are you in at this

12   point?

13         OFFICER RIORDAN:  We are on the centerline

14   would be my guess probably still partially in the

15   southbound lane of travel.  We are abreast with

16   two other vehicles.  Both of those vehicles

17   indicate that another vehicle in front of them

18   was involved in a shooting.

19         INVESTIGATOR LUKAS:  Okay.  How did they

20   indicate that?

21         OFFICER RIORDAN:  I remember them saying,

22   that car.  At this point I turned my attention

23   solely to the car they -- I understood them to be

24   referencing.

Deposition of Jeffrey Riordan - April 28, 2018

Page 13

1    INVESTIGATOR LUKAS:  Okay.

2    OFFICER RIORDAN:  I heard my partner say,

3  that car right there just did the shooting?  And

4  I overheard at least one person respond yes.

5    INVESTIGATOR LUKAS:  Okay.  Did you see

6  those persons making any of these remarks about

7  that vehicle about a shooting, could you tell if

8  they were male or female?

9    OFFICER RIORDAN:  I can recall that there

10  were at least two males involved.  I cannot

11  describe any other persons.

12    INVESTIGATOR LUKAS:  Okay.  Could you tell

13  if -- which car that information was coming from?

14  You said two cars were to the side; what would

15  that be to the east of you, the two cars?

16    OFFICER RIORDAN:  Correct.

17    INVESTIGATOR LUKAS:  Okay.  Could you tell

18  which car the information was coming from?

19    OFFICER RIORDAN:  Both cars when I was

20  looking indicated I believe it was the car

21  further to the east that provided additional

22  assurance.

23    INVESTIGATOR LUKAS:  Okay.  And you're

24  referencing people in the car saying something?

Deposition of Jeffrey Riordan - April 28, 2018

Page 14

1      OFFICER RIORDAN:  Correct.

2      INVESTIGATOR LUKAS:  Okay.  Do you know what

3  kind of car that was, the one farthest to the

4  east?

5      OFFICER RIORDAN:  My guess is a tan or gray

6  Buick.

7      INVESTIGATOR LUKAS:  Okay.  Do you remember

8  how many car doors it had?

9      OFFICER RIORDAN:  I can't say for certain.

10      INVESTIGATOR LUKAS:  Okay.  And that's in

11  the northbound lane, they're in the northbound

12  lane?

13      OFFICER RIORDAN:  Correct.

14      INVESTIGATOR LUKAS:  All right.  And then

15  the other car -- that's one of the two cars

16  you're referencing?

17      OFFICER RIORDAN:  Uh-huh.

18      INVESTIGATOR LUKAS:  Okay.  What -- what did

19  the other car look like if you recall?

20      OFFICER RIORDAN:  I believe it was a red

21  Cadillac.

22      INVESTIGATOR LUKAS:  Okay.  Anything, four

23  door, two door?

24      OFFICER RIORDAN:  Couldn't say.

Deposition of Jeffrey Riordan - April 28, 2018

Page 15

1        INVESTIGATOR LUKAS:  Okay.  Did you happen

2   to get the license plates of either of those two

3   units?

4        OFFICER RIORDAN:  No, I did not.

5        INVESTIGATOR LUKAS:  Okay.  Now, the car

6   that they're indicating and pointing to, what

7   kind of car is that as far as you can tell?

8        OFFICER RIORDAN:  I would say that was a

9   black Ford Taurus.

10        INVESTIGATOR LUKAS:  Okay.

11        OFFICER RIORDAN:  Had a temporary plate.

12        INVESTIGATOR LUKAS:  Okay.  Do you remember

13   any of the numbers off the plate?

14        OFFICER RIORDAN:  It was very illegible.

15        INVESTIGATOR LUKAS:  Okay.  Do you mean

16   because of distance or because of some damage

17   actually being done to the plate?

18        OFFICER RIORDAN:  Damage to the plate.

19        INVESTIGATOR LUKAS:  Okay.  All right.

20   Could you tell the year of the car?

21        OFFICER RIORDAN:  I would guess early

22   2000's.

23        INVESTIGATOR LUKAS:  Okay.  By the way, what

24   is the lighting like outside at this point?