# TAB 13

KEVIN DUFFIN                                             August 23, 2017

Page 1

```
 1        IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3
      ESTATE OF PIERRE LOURY,         )
 4    Deceased, by Tambrasha          )
      Hudson, Administrator,          )
 5                                    )
                      Plaintiff,      )
 6                                    )
                 -vs-                 )  No. 16 C 04452
 7                                    )
      CITY OF CHICAGO, Chicago        )
 8    Police Officers SEAN HITZ      )
      (Star No. 6272) and JEFF J.     )
 9    RIORDAN (Star No. 7716),        )
                                      )
10                    Defendants.     )

11

12          Videotape deposition of COMMANDER KEVIN

13   DUFFIN, taken before NANCY DECOLA EATINGER, C.S.R.,

14   and Notary Public, pursuant to the Federal Rules of

15   Civil Procedure for the United States Courts

16   pertaining to the taking of depositions for the

17   purpose of discovery, at Suite 2300, 191 North Wacker

18   Drive, Chicago, Illinois, commencing at 10:09 o'clock

19   a.m., taken on August 23rd, 2017.

20

21

22

23

24
```

Page 5

1                    (Witness sworn)

2                    KEVIN DUFFIN,

3  called as a witness herein, having been first duly

4  sworn, was examined upon oral interrogatories and

5  testified as follows:

6                      EXAMINATION

7                    By Mr. Odim:

8      Q   Good morning, Commander Duffin.                  10:10:59

9      A   Good morning.                                    10:11:01

10     Q   We're here for the 30(b)(6) deposition of the    10:11:01

11 City of Chicago, correct?                                10:11:04

12     A   Yes, sir.                                        10:11:06

13     Q   And you're -- you have been designated to        10:11:07

14 give testimony on behalf of the City of Chicago?         10:11:10

15     A   That's correct, sir.                             10:11:13

16     Q   And you understand that the testimony you are    10:11:14

17 giving today is not testimony given in your personal     10:11:16

18 capacity?                                                10:11:21

19     A   Yes, sir.                                        10:11:21

20         (Whereupon, Plaintiff's Exhibit 1 was marked     10:11:21

21           for identification.)                           10:11:24

22     MR. ODIM:  Q   I'm going to show you what has        10:11:24

23 been marked --                                           10:11:27

24     MR. SCHOOP:  Thank you, counsel.                     10:11:28

KEVIN DUFFIN                                                August 23, 2017

Page 7

| | | |
|---|---|---|
| 1 | MR. SCHOOP: And Mr. Odim, just so we're clear, | 10:12:58 |
| 2 | you're asking the witness for those topics, does he | 10:13:02 |
| 3 | have knowledge, is he prepared to testify? | 10:13:04 |
| 4 | MR. ODIM: I'm asking him the question I asked | 10:13:06 |
| 5 | him. | 10:13:09 |
| 6 | MR. SCHOOP: Okay. | 10:13:09 |
| 7 | MR. ODIM:  Q   Commander Duffin, you're currently | 10:13:10 |
| 8 | employed with the City of Chicago, correct? | 10:13:19 |
| 9 | A   I am, sir. | 10:13:21 |
| 10 | Q   And what is your current position? | 10:13:22 |
| 11 | A   I'm the commander of Area North Detective | 10:13:24 |
| 12 | Division. | 10:13:27 |
| 13 | Q   Okay.  And how long have you held that | 10:13:27 |
| 14 | position? | 10:13:29 |
| 15 | A   Since March of 2015. | 10:13:29 |
| 16 | Q   And prior to March of 2015, were you employed | 10:13:32 |
| 17 | with the City of Chicago? | 10:13:36 |
| 18 | A   I was. | 10:13:38 |
| 19 | Q   And what position did you hold just prior to | 10:13:38 |
| 20 | 2015? | 10:13:43 |
| 21 | A   Just prior to my current assignment I was the | 10:13:44 |
| 22 | commander of the 20th District. | 10:13:48 |
| 23 | Q   And how -- when did you begin as commander of | 10:13:50 |
| 24 | the 20th District? | 10:13:53 |