# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Tambrasha Hudson
                            Plaintiff,

v.                                              Case No.: 1:16−cv−04452
                                                Honorable Sharon Johnson Coleman

City of Chicago, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 29, 2021:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Jury Trial will begin on August 16, 2021 unless there is an extraordinary excuse which the Court will fully consider after argument and any supporting evidence. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.