IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF PIERRE LOURY, Deceased, by Tambrasha Hudson, Administrator )<br><br>Plaintiff, )<br><br>v. )<br><br>The City of Chicago, CHICAGO POLICE OFFICER SEAN HITZ, )<br><br>Defendants. | Case No.: 16 CV 4452<br><br>JUDGE SHARON JOHNSON COLEMAN |

## FINAL AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, TAMBRASHA HUDSON AS ADMINISTRATOR OF THE ESTATE OF PIERRE LOURY, by her, attorney, ANDREW STROTH; Defendant, City of Chicago, by its attorney, Celia Meza, Corporation Counsel of the City of Chicago; Defendants, SEAN HITZ, by his attorney, JENNIFER K. BAGBY, CHIEF ASSISTANT CORPORATION COUNSEL, and Chicago City Council having enacted an ordinance authorizing the settlement and payment of the settlement funds agreed upon, the Court being otherwise fully advised in the premises, orders as follows:

All of the claims of Plaintiff, TAMBRASHA HUDSON AS ADMINISTRATOR OF THE ESTATE OF PIERRE LOURY, against defendants, City of Chicago and SEAN HITZ, are dismissed with prejudice and without leave to reinstate and with each party bearing its own costs and attorneys' fees.

ENTER:

SHARON JOHNSON COLEMAN
United States District Judge

DATED: 7/22/2021